FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2020 SEP 24  PM 4: 28

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 8:20CR241 |
| Plaintiff, | |
| vs. | INDICTMENT |
| LINDSEY L. BIXBY, | 18 U.S.C. § 242 |
| Defendant. | |

The Grand Jury charges that

## COUNT I

On or about March 4, 2016, in the District of Nebraska, the defendant, LINDSEY L. BIXBY, while employed as a trooper with the Nebraska State Patrol, while acting under color of law, did willfully deprive B.D., a private citizen, of a right secured and protected by the Constitution and laws of the United States, namely, the right to be free from unreasonable force by a law enforcement officer. Specifically, the defendant LINDSEY L. BIXBY, struck B.D. with the buttstock of his patrol issued rifle. This offense involved the use of a dangerous weapon and resulted in bodily injury to B.D.

In violation of Title 18, United States Code, Section 242.

A TRUE BILL.

FOREPERSON

1

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

By: *Lecia E. Wright*
LECIA E. WRIGHT, #24562
Assistant U.S. Attorney