# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:20CR241 |
| vs. | ) | |
| LINDSEY L. BIXBY, | ) | ORDER |
| Defendant. | ) | |

This matter is before the court on the Joint Motion to Continue Trial [40]. On June 8, 2021, the court had a telephone conference with the attorneys who indicated they need additional time to prepare for trial. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [40] is granted, as follows:

1. The jury trial now set for June 15, 2021, is continued to **September 28, 2021.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and September 28, 2021**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. **No further continuances will be granted without a hearing before the undersigned magistrate judge.**

4. The parties also requested in their motion that the court set a full day for hearings on Motions in *Limine* prior to the trial date. This request will be granted. Motion in *Limines* will be heard on September 23, 2021 at 9:00 a.m. Any Motion in *Limine* shall be filed no later than two weeks prior to the hearing date.

**DATED:** June 8, 2021.

                                          **BY THE COURT:**

                                          **s/ Susan M. Bazis**
                                          **United States Magistrate Judge**