FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

2021 NOV 10 PM 5:27

OFFICE OF THE CLERK

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:20-CR-241 |
| vs. | **JURY QUESTIONS NO. 1 & 2** |
| LINDSEY L. BIXBY, | |
| Defendant. | |

1) Can I/we have Prosecution Closing Power Point?

Todd

2) Was it in evidence/testimony that Bixby quit? A juror said so ~~[scribbled out]~~

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>vs.<br><br>LINDSEY L. BIXBY,<br><br>                 Defendant. | 8:20-CR-241<br><br>**ANSWER TO JURY QUESTIONS NO. 1 & 2** |

Ladies and gentlemen of the jury, at 8:55 a.m. on November 9, 2021, you submitted to the Court the following questions:

Question 1: Can I/we have the prosecution closing powerpoint?

Answer: No. Please refer to Instruction No. 5 for the Court's explanation of what is evidence in this case.

Question 2: Was it in evidence/testimony that Bixby quit? A juror said so.

Answer: You must reach a verdict based upon your independent recollection of the evidence presented during the trial.

Dated this 9th day of November, 2021.

                                                  BY THE COURT:

                                                  _____
                                                  Brian C. Buescher
                                                  United States District Judge

1) CAN I/WE HAVE PROSECUTION CLOSING POWER POINT?

TODD

2) WAS IT IN EVIDENCE/Testimony That Bixby quit? A juror said so ~~[scribbled out]~~