IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2021 NOV 10 PM 5:27
OFFICE OF THE CLERK

UNITED STATES OF AMERICA,

Plaintiff,

vs.

LINDSEY L. BIXBY,

Defendant.

8:20-CR-241

**JURY QUESTION NO. 4**

The jurors are seeking advice on from Tracy. We are confident we have a hung jury + that additional days of deliberation will not impact this non-unanimous jury. Jurors have expressed unwavering stances & expressed that additional deliberation days/time won't change the outcome.

- The jurors are
- seeking advice ~~on~~ from Tracey, ~~the~~
- ~~the~~ We are confident
- we have a hung jury + that additional days of
- deliberation will not
- impact ~~this~~ non-unanimous jury. Jurors have expressed
- ~~hard 8~~ unwavering stances
- & expressed that additional
- deliberation ~~days~~/time won't change the outcome.