FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2021 NOV 10 PM 5:27

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **8:20-CR-241** |
| vs. | **JURY QUESTION NO. 5** |
| LINDSEY L. BIXBY, | |
| Defendant. | |

The jury would like to inform the judge + lawyers that we have not come to an unanimous verdict + are seeking further guidance.

The jury would like to inform the judge + lawyers that we have not come to an unanimous verdict + are seeking further guidance.