IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>LINDSEY L. BIXBY,<br><br>　　　　　　　Defendant. | 8:20-CR-241<br><br>**ORDER** |

　　　　This matter comes before the Court on the Government's Unopposed Motion to Extend Deadline for Pretrial Motions. Filing 109. The Government seeks to extend its pretrial-motion deadline from December 21, 2021, to December 23, 2021, with Defendant's response time correspondingly extended to December 30, 2021. Filing 109 at 1.

　　　　Although the Court is ordinarily willing to be as accommodating as possible, the proposed extension is unworkable given Court unavailability surrounding the holidays. The extension would not permit the Court adequate time to fully and completely address the merits of any pretrial motions. Additionally, this trial has already been scheduled near the end of the time allowed by speedy trial and thus the parties have been afforded ample time to prepare. The Court therefore denies the Government's motion to extend the pretrial-motions deadline.

　　　　IT IS ORDERED:

　　　　1. The Government's Unopposed Motion to Extend Deadline for Pretrial Motions, Filing 109, is denied.

Dated this 16th day of December, 2021.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

2