IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  8:20CR241 |
| Plaintiff, | ) ) ) | **ORDER TO DESTROY** |
| vs. | ) ) ) | |
| LINDSEY L. BIXBY | ) ) ) | |
| Defendant. | ) | |

Counsel for the plaintiff notified the court on January 20, 2022 that they wish the following exhibits held by the court in this matter to be destroyed.

Plaintiff's Trial Exhibits 1-9, 11, 13-16, 18 held 1/4/22 – 1/11/22

Pursuant NECivR 79.1(f) or NECrimR 55.1(g), if counsel fails to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the above-listed exhibits 14 days from the date of this order.

IT IS SO ORDERED.

DATED:   January 20, 2022

BY THE COURT

Brian C. Buescher
United States District Judge

Exhibits-Order_to_Destroy.docx
Approved 12/17/15